# **EXHIBIT F**



## OSC Preliminary Determination

**Palermo, Ryan** <RPalermo@osc.gov>　　　　　　　　　　　　　　　Tue, Apr 22, 2025 at 10:05 AM
To:
Cc: "

Dear ▮▮▮▮▮▮▮▮▮,

I am writing in response to the complaint that you filed with our office. Thank you for your patience while we reviewed your file. In your complaint form, you alleged that your termination during your probationary period was unlawful under one or more of the prohibited personnel practices (PPPs) that OSC is charged with investigating. OSC has now considered your complaint along with complaints from over 2,000 other federal probationary employees who have filed with our office this year alleging similar claims. Many of these employees alleged, for example, that their agency removed them for performance-based reasons even though they dispute that this was the actual cause for their termination.

After a thorough consideration of the legal issues involved, the Acting Special Counsel has concluded that OSC is unable to pursue a claim that your probationary termination was a PPP. Even if OSC could prove that the decision to terminate your probationary employment was not based on an individualized assessment of your performance, OSC is unable to pursue a claim that it was unlawful. This is because your termination, in the context of the government-wide effort to reduce the federal service through probationary terminations, was more likely effected in accordance with the new administration's priorities than a decision personal to you. While we understand that there is ongoing litigation related to whether terminations like yours constituted an unlawful circumvention/violation of RIF regulations, there is no well-established precedent that the targeting of probationary employees as a class (as opposed to targeting specific positions) constitutes a RIF. Moreover, our review has not identified any other PPP theory in your complaint that would give us cause to pursue this matter further.

For the reasons detailed above, OSC plans to take no further action on your complaint. We understand that our determination regarding your allegation is not the outcome you were hoping for, and we want to make sure you have a chance to weigh in on our analysis if you choose to do so. Please submit any written comments or additional evidence to me at the above listed address or via email to rpalermo@osc.gov within 13 days of this letter. OSC will consider your response before making a final decision. If we do not receive a timely response, we will proceed with closing your case.