# EXHIBIT G



## OSC Closure Notice

**Palermo, Ryan** <RPalermo@osc.gov>  
To:  
Cc:  

Tue, May 13, 2025 at 1:47 PM

Dear ▮▮▮▮▮:

OSC recently emailed you a determination that we planned to take no further action on your complaint concerning your termination during your probationary period. Please know that OSC considered all comments submitted as part of our review of similar claims from over 2,000 federal probationary employees. As OSC's review did not identify any new information that would affect our determination, we have closed our file in this matter.

We appreciate the opportunity to review your claim.