AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Office of Special Counsel
was received by me on *(date)* 09/12/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service was completed by mailing a copy of the documents listed herein to Office of Special Counsel, 1730 M Street, NW, Suite 218, Washington, DC 20036 on 09/17/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3464 90. Service was signed for on 09/19/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/23/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, MD 20770
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Civil Servant 1, et al.*
        *Plaintiffs*

*vs.*        Case No.: 1:25-cv-03107-CJN

*Office of Special Counsel, et al.*
        *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Plaintiffs' Motion for Leave to Proceed Under Pseudonyms, Plaintiffs' Memorandum of Points and Authorities in Support of Motion to Proceed Under Pseudonyms, Declaration of Civil Servant 1 (Under Pseudonym), Declaration of Civil Servant 2 (Under Pseudonym), Declaration of Civil Servant 3 (Under Pseudonym), Declaration of Civil Servant 4 (Under Pseudonym), Declaration of Civil Servant 5 (Under Pseudonym) and [Proposed] Order Granting Plaintiffs' Motion to Proceed Under Pseudonyms

SERVE TO: Office of Special Counsel

SERVICE ADDRESS: 1730 M Street, NW, Suite 218, Washington, DC 20036

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Office of Special Counsel, 1730 M Street, NW, Suite 218, Washington, DC 20036 on 09/17/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3464 90. Service was signed for on 09/19/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 09/23/2025

*Carrie Hollingshed*

*Client Ref Number: Civil Servant 1 v. OSC*
*Job #:14159468*



September 19, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3464 90**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | September 18, 2025, 2:29 pm |
| Location: | WASHINGTON, DC 20036 |
| Postal Product: | Priority Mail Express 2-Day® |
| Extra Services: | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| Recipient Name: | OFFICE OF SPECIAL COUNSEL |
| Actual Recipient Name: | F ALI |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

**Recipient Signature**

Signature of Recipient: *F Ali*

Address of Recipient: *1730 M ST 218*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of Special Counsel
1730 M Street, NW
Suite 218
Washington, DC 20036
Cost of Service: $27.7
Reference #: 14024763