IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MORGAN A. SALADINO, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 25-3107 |
| OFFICE OF SPECIAL COUNSEL, *et al.*, | | |
| Defendants. | | |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR
FAILURE TO STATE A CLAIM AND LACK OF SUBJECT-MATTER JURISDICTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Office of Special Counsel and Jamieson Greer, in his official capacity as Acting Director of the Office of Special Counsel, hereby file this Motion to Dismiss the Complaint, ECF No. 14, for failure to state a claim and lack of subject-matter jurisdiction.  As explained in the accompanying memorandum of law, Plaintiffs Morgan A. Saladino and Cheryl A. Healy fail to state a claim under the Administrative Procedure Act because they seek to challenge agency non-enforcement decisions that are "committed to agency discretion by law."  5 U.S.C. § 701(a)(2).  The Court also lacks subject-matter jurisdiction because Plaintiffs lack Article III standing.  Accordingly, the Court should grant this Motion and enter an order dismissing the Complaint.

Dated: January 7, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*